IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LEE MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>MULE CREEK STATE PRISON MEDICAL STAFF, et al.,<br><br>    Defendants. | No.  2:21-CV-2002-JAM-DMC-P<br><br><br><br>ORDER |

  Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

  On January 4, 2022, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  No objections to the findings and recommendations have been filed.

  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 4, 2022, are adopted in full;

2. Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2, is denied;

3. This action is dismissed without prejudice to refiling upon prepayment of fees therefor; and

4. The Clerk of the Court is directed to enter judgment and close this file.

Dated:  February 11, 2022             /s/ John A. Mendez
                                      THE HONORABLE JOHN A. MENDEZ
                                      UNITED STATES DISTRICT COURT JUDGE